IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03 CR 3085 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| PHILLIP COLLEY, and | ) | MEMORANDUM AND ORDER |
| SHERRIE BUSSELMAN, | ) | |
| | ) | |
| Defendants. | ) | |

On May 10, 2005 a conference was held with counsel on the remaining charges in this case pursuant to Fed. R. Crim. P. 17.1. In accordance with the discussion during the conference,

IT HEREBY IS ORDERED:

1. Trial of the case UNITED STATES v. PHILLIP COLLEY is set to commence before the Hon. Richard G. Kopf, United States District Judge at 9:00 a.m. September 12, 2005 in Courtroom #1, United States Courthouse, Lincoln, Nebraska.  Jury selection will be at commencement of trial.  Trial is scheduled for a duration of ten trial days.

2. Trial of the case UNITED STATES v. SHERRIE BUSSELMAN is set to commence before the Hon. Richard G. Kopf, United States District Judge at 9:00 a.m. October 3, 2005 in Courtroom #1, United States Courthouse, Lincoln, Nebraska.  Jury selection will be at commencement of trial.  Trial is scheduled for a duration of five trial days.

3. The court having previously found this case to be complex within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(ii), it remains true that to force the defendants to go to trial before these dates would be unjust, taking into account the due diligence of counsel in preparing for trial.  Therefore, the interests of the defendants in full preparation for trial outweigh the interest of the defendants and

the public in a speedy trial.  For this reason, the entire case was previously, and remains, exempt from the time limitations of the Speedy Trial Act.


DATED May 11, 2005

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge