```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )
                               )         4:03CR3085
        v.                     )
                               )
PHILLIP COLLEY,                )
                               )           ORDER
             Defendant.        )
                               )
```

IT IS ORDERED:

Defendant's motion to modify conditions of detention, filing 163, is denied.

DATED this 19th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge